IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARLENE BELL-SPARROW, | No. C 12-02782 SI |
| Plaintiff, | **ORDER**: |
| v. | **(1) CONTINUING HEARING ON MOTION FOR SUMMARY JUDGMENT; AND** |
| PAUL WILTZ, MONE'T INC., and WONDA MCGOWAN | |
| Defendants. | **(2) ISSUING *RAND* NOTICE** |

On May 8, 2014, pro se plaintiff Arlene Bell-Sparrow filed a motion for summary judgment against pro se defendant Wonda McGowan. Docket No. 70. A hearing on the motion is currently scheduled for June 3, 2014 at 9:00 a.m. The Court CONTINUES the hearing on plaintiff's motion for summary judgment to **Friday, June 6, 2014** at **9:00 a.m.** In addition, because defendant is proceeding pro se, the Court concludes that it is appropriate to issue the following notice to defendant from *Rand v. Rowland*, 154 F.3d 952, 962-63 (9th Cir. 1998) (en banc):

Plaintiff has made a motion for summary judgment by which she seeks to have judgment entered against you. Federal Rule of Civil Procedure 56 tells you what you must do in order to oppose a motion for summary judgment. Generally, summary judgment must be granted when there is no genuine issue of material fact—that is, if there is no real dispute about any fact that would affect the result of the case, the party who asked for summary judgment is entitled to judgment as a matter of law, which will end the case. When the opposing party makes a motion for summary judgment that is properly supported by declarations (or other sworn testimony), you cannot simply rely on what your opposition says.

1 Instead, you must set out specific facts in declarations, depositions, answers to interrogatories, or
2 authenticated documents, as provided in Rule 56(c), that contradict the facts shown in the plaintiff's
3 declarations and documents and show that there is a genuine issue of material fact for trial. If you do
4 not submit your own evidence in opposition, summary judgment, if appropriate, may be entered against
5 you. If summary judgment is granted, judgment will be entered against you and in favor of plaintiff on
6 some or all of plaintiff's claims.

**IT IS SO ORDERED.**

Dated: May 9, 2014

SUSAN ILLSTON
United States District Judge