IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARLENE BELL-SPARROW, | No. C 12-02782 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| PAUL WILTZ, | |
| Defendant. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: September 26, 2014 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is .

DESIGNATION OF EXPERTS: ; REBUTTAL: .
     Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is .

DISPOSITIVE MOTIONS **SHALL** be filed by ;

     Opp. Due ;  Reply Due ;

      and set for hearing no later than  at 9:00 AM.

PRETRIAL CONFERENCE DATE: January 20, 2015  at 3:30 PM.

COURT TRIAL DATE: January 26, 2105   at 8:30 AM.,
     Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be  days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Ms. McGowan shall make arrangements to appear via video conference for trial and file a status report on 9/12/14 if she has found a location for the video conference.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 7/28/14

SUSAN ILLSTON
United States District Judge