IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BELL-SPARROW,

    Plaintiff,

v.

WILTZ,

    Defendant.

                              /

No. C-12-2782 SI

`corrected`

**ORDER TO PER TEM REPORTER TO PRODUCE TRANSCRIPT**

On January 20, 2015 a trial was held in the above-entitled action. Production of a transcript of that hearing for the court is necessary for the resolution of this matter.

Accordingly, pro tem court reporter Joanne Farrell is directed to prepare the transcript of this proceeding on the following basis:

(☒) Ordinary (within 30 days).

( ) Expedited (within 7 days).

( ) Daily (overnight).

Therefore, the Clerk is directed to pay said reporter the cost of preparing the transcript at the current rates, and in accordance with the requirements of the Judicial Conference of the United States, as set forth in the Guide to Judiciary Policies and Procedures.

**IT IS SO ORDERED.**

Dated: 1/20/15

                                                  SUSAN ILLSTON
                                                  UNITED STATES DISTRICT JUDGE

cc: Court Reporter Supervisor and Pro Tem Reporter