UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ARLENE BELL-SPARROW,

    Plaintiff,

    v.

PAUL WILTZ, et al.,

    Defendants.

Case No. 3:12-cv-02782-SI

**JUDGMENT**

In accordance with the Findings of Fact and Conclusions of Law entered in this case (Dkt. No. 103), judgment is hereby entered against plaintiff and in favor of defendant Wonda McGowan; and judgment is entered in favor of plaintiff and against defendants Mone't and Paul Wiltz in the amount of $142,500, plus prejudgment interest on the contract damages in accordance with Cal. Civ. Code § 3289.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: March 31, 2015

_____
SUSAN ILLSTON
United States District Judge